

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00329-CR

John Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2058
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due November 16, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court